UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Christopher Gonko, *on behalf of himself and all others similarly situated*, | File No. 18-cv-2724 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Transworld Systems, Inc., | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 49], entered into by Plaintiff and Defendant,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated: June 3, 2020          s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court